UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DEBORAH SHAW, | ) |
| Plaintiff, | ) |
| vs. | ) |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | ) Case No. 2:22-cv-04117-MDH |
| and | ) |
| MCDONALD'S LICENSEES HEALTH & WELFARE GIA | ) |
| Defendants. | ) |

## VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff, Deborah Shaw, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses her Complaint against Defendants Lincoln National Life insurance Company and McDonald's Licensees Health and Welfare GIA, with prejudice.

/s/Talia Ravis
Talia Ravis
MO Bar No. 58366
Law Office of Talia Ravis, PA
9229 Ward Parkway, Suite 370
Kansas City, Missouri 64114
816-333-8955 (tel)
1-800-694-3016 (fax)
talia@erisakc.com
ATTORNEY FOR PLAINTIFF

DATED: September 27, 2022